UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER DUONG,<br><br>      Plaintiff,<br><br>      v.<br><br>BAC HOME LOANS SERVICING, L.P.,<br><br>      Defendant. | Civil Action No. 1:10-cv-10776-RGS |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Pursuant to the Court's August 10, 2010 directive, Defendant BAC Home Loans Servicing L.P. ("BAC") hereby moves, with the assent of Plaintiff Peter Duong, by and through his counsel, for an extension of the time within which to answer, move or otherwise respond to Plaintiff's Complaint until August 20, 2010. A proposed order is attached. In support of its motion, BAC states that extension of time is being requested while the parties seek to resolve the issues raised in Plaintiff's Complaint without the need for litigation.

Dated:  August 11, 2010               Respectfully Submitted,

                                      BAC HOME LOANS SERVICING, L.P.


                                      By its attorneys,

                                      /s/ Kathleen E. Roblez
                                      Chad W. Higgins (BBO #668924)
                                      Kathleen E. Roblez (BBO #676443)
                                      GOODWIN PROCTER LLP
                                      Exchange Place
                                      Boston, MA 02109-2881
                                      T: 617-570-1000
                                      F: 617-523-1231
                                      *chiggins@goodwinprocter.com*
                                      *kroblez@goodwinprocter.com*


## LOCAL RULE 7.1(A)(2)
## CERTIFICATION AND CERTIFICATE OF SERVICE

I hereby certify, pursuant to Local Rule 7.1(A)(2), that counsel for the parties have conferred on the matters set forth in the foregoing motion and counsel for the plaintiff has assented to this motion.

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 11, 2010



                                      /s/ Kathleen E. Roblez